# EXHIBIT A

| Date | Amount |
|---|---:|
| 08/27/2018 | $ 95,738.00 |
| 01/29/2018 | $ 27,005.04 |
| 01/29/2018 | $ 27,967.56 |
| 03/01/2018 | $ 27,005.04 |
| 03/01/2018 | $ 27,967.56 |
| 03/30/2018 | $ 27,967.56 |
| 03/30/2018 | $ 27,005.04 |
| 05/01/2018 | $ 27,005.04 |
| 05/01/2018 | $ 27,967.56 |
| 05/31/2018 | $ 27,005.04 |
| 05/31/2018 | $ 27,967.56 |
| 06/29/2018 | $ 27,005.04 |
| 06/29/2018 | $ 27,967.56 |
| 07/31/2018 | $ 27,005.04 |
| 07/31/2018 | $ 27,967.56 |
| 08/08/2018 | $ 27,005.04 |
| 08/08/2018 | $ 27,967.56 |
| 09/14/2018 | $ 27,967.56 |
| 09/14/2018 | $ 27,005.04 |
| 10/15/2018 | $ 27,005.04 |
| 10/15/2018 | $ 27,967.56 |
| 09/12/2018 | $ 25,932.00 |
| 09/14/2018 | $ 8,035.00 |
| 01/05/2018 | $ 6,000.00 |
| 02/06/2018 | $ 2,000.00 |
| 02/08/2018 | $ 5,300.00 |
| 03/21/2018 | $ 2,629.90 |
| 08/14/2018 | $ 6,000.00 |
| 02/26/2018 | $ 1,000.00 |
| 01/03/2018 | $ 84,000.00 |
| 01/12/2018 | $ 10,800.00 |
| 03/21/2018 | $ 11,000.00 |
| 04/16/2018 | $ 79,000.00 |
| 08/02/2018 | $ 364,000.00 |
| 08/28/2018 | $ 1,000.00 |
| 10/09/2018 | $ 20,000.00 |
| 10/18/2018 | $ 10,000.00 |
| 01/04/2018 | $ 6,882.41 |
| 01/24/2018 | $ 11,208.39 |
| 01/26/2018 | $ 5,354.45 |
| 01/30/2018 | $ 252.95 |
| 02/16/2018 | $ 4,529.99 |
| 02/23/2018 | $ 2,032.49 |
| 03/16/2018 | $ 8,338.63 |
| 03/29/2018 | $ 1,718.83 |
| 04/17/2018 | $ 1,765.65 |
| 04/25/2018 | $ 2,445.57 |
| 04/27/2018 | $ 3,266.29 |
| 05/16/2018 | $ 7,697.81 |
| 05/25/2018 | $ 1,129.67 |
| 05/25/2018 | $ 710.28 |
| 06/20/2018 | $ 6,736.83 |

| Date | Amount |
|---|---|
| 06/20/2018 | $ 7,783.05 |
| 06/27/2018 | $ 1,073.63 |
| 07/18/2018 | $ 2,822.61 |
| 07/27/2018 | $ 87.22 |
| 07/30/2018 | $ 4,201.65 |
| 08/14/2018 | $ 412.79 |
| 08/22/2018 | $ 3,074.78 |
| 08/27/2018 | $ 2,075.62 |
| 09/18/2018 | $ 4,699.88 |
| 09/25/2018 | $ 1,358.29 |
| 09/26/2018 | $ 1,518.69 |
| 10/22/2018 | $ 818.22 |
| 10/22/2018 | $ 7,634.20 |
| 11/01/2018 | $ 2,590.52 |
| 01/31/2018 | $ 328,594.00 |
| 04/16/2018 | $ 283,000.00 |
| 10/08/2018 | $ 112,099.00 |
| 05/17/2018 | $ 100,000.00 |
| 01/19/2018 | $ 22,404.67 |
| 02/08/2018 | $ 19,231.13 |
| 03/29/2018 | $ 29,567.09 |
| 05/15/2018 | $ 15,588.53 |
| 06/15/2018 | $ 28,969.50 |
| 07/23/2018 | $ 44,391.10 |
| 08/14/2018 | $ 32,680.50 |
| 09/14/2018 | $ 21,423.73 |
| 10/10/2018 | $ 41,960.47 |
| 02/05/2018 | $ 484.82 |
| 03/06/2018 | $ 484.82 |
| 05/03/2018 | $ 494.50 |
| 08/23/2018 | $ 105,291.53 |
| 08/23/2018 | $ 125,071.38 |
| 10/10/2018 | $ 22,411.53 |
| 02/07/2018 | $ 5,108.59 |
| 03/08/2018 | $ 5,108.59 |
| 05/08/2018 | $ 5,108.59 |
| 06/07/2018 | $ 5,108.59 |
| 07/06/2018 | $ 5,108.59 |
| 08/08/2018 | $ 5,108.59 |
| 08/30/2018 | $ 5,500.00 |
| 09/27/2018 | $ 4,982.46 |
| 02/13/2018 | $ 3,238.00 |
| 02/15/2018 | $ 4,408.92 |
| 02/28/2018 | $ 9,189.47 |
| 03/06/2018 | $ 35,860.47 |
| 03/06/2018 | $ 6,230.89 |
| 03/08/2018 | $ 6,442.87 |
| 04/10/2018 | $ 6,442.87 |
| 09/13/2018 | $ 146.16 |
| 01/06/2018 | $ 255,285.00 |
| 03/06/2018 | $ 100,000.00 |
| 03/30/2018 | $ 184,000.00 |
| 05/05/2018 | $ 100,000.00 |

| Date | Amount |
|---|---|
| 06/02/2018 | $ 129,467.00 |
| 06/25/2018 | $ 75,600.00 |
| 08/10/2018 | $ 70,000.00 |
| 08/26/2018 | $ 50,000.00 |
| 09/30/2018 | $ 145,600.00 |
| 09/12/2018 | $ 4,545.00 |
| 10/10/2018 | $ 29,660.43 |
| 01/19/2018 | $ 12,918.12 |
| 02/08/2018 | $ 10,000.00 |
| 02/21/2018 | $ 10,000.00 |
| 03/08/2018 | $ 10,000.00 |
| 03/21/2018 | $ 10,000.00 |
| 04/09/2018 | $ 10,000.00 |
| 04/20/2018 | $ 10,000.00 |
| 05/09/2018 | $ 10,000.00 |
| 05/22/2018 | $ 10,000.00 |
| 06/11/2018 | $ 10,000.00 |
| 06/21/2018 | $ 10,000.00 |
| 07/10/2018 | $ 10,000.00 |
| 07/19/2018 | $ 10,000.00 |
| 08/08/2018 | $ 10,000.00 |
| 09/10/2018 | $ 10,000.00 |
| 02/14/2018 | $ 892.47 |
| 05/18/2018 | $ 626.54 |
| 08/01/2018 | $ 864.70 |
| 09/10/2018 | $ 2,811.00 |
| 02/13/2018 | $ 11,282.06 |
| 03/14/2018 | $ 12,000.00 |
| 03/30/2018 | $ 10,000.00 |
| 05/16/2018 | $ 13,634.41 |
| 06/10/2018 | $ 11,380.74 |
| 07/09/2018 | $ 11,607.62 |
| 07/25/2018 | $ 11,617.85 |
| 08/24/2018 | $ 11,567.85 |
| 05/14/2018 | $ 3,918.00 |
| 09/14/2018 | $ 15,508.00 |
| 09/14/2018 | $ 11,520.00 |
| 04/04/2018 | $ 494.50 |
| 06/10/2018 | $ 494.50 |
| 07/06/2018 | $ 598.76 |
| 08/06/2018 | $ 543.95 |
| 08/28/2018 | $ 700.00 |
| 09/30/2018 | $ 289.00 |
| 10/31/2018 | $ 544.50 |
| 01/24/2018 | $ 5,448.89 |
| 02/16/2018 | $ 7,090.15 |
| 03/16/2018 | $ 4,900.68 |
| 04/17/2018 | $ 14,929.01 |
| 05/15/2018 | $ 8,491.07 |
| 06/14/2018 | $ 9,887.87 |
| 07/13/2018 | $ 7,126.40 |
| 08/14/2018 | $ 7,361.92 |
| 09/13/2018 | $ 6,099.24 |

| Date | Amount |
|---|---|
| 10/12/2018 | $ 5,073.16 |
| 02/05/2018 | $ 25,000.00 |
| 02/09/2018 | $ 10,845.72 |
| 02/15/2018 | $ 25,000.00 |
| 03/05/2018 | $ 25,000.00 |
| 03/09/2018 | $ 10,845.72 |
| 04/02/2018 | $ 7,335.00 |
| 04/05/2018 | $ 25,000.00 |
| 04/09/2018 | $ 10,845.72 |
| 04/16/2018 | $ 25,000.00 |
| 04/27/2018 | $ 10,845.72 |
| 05/15/2018 | $ 25,000.00 |
| 06/11/2018 | $ 10,845.72 |
| 06/15/2018 | $ 25,000.00 |
| 07/09/2018 | $ 10,845.72 |
| 07/16/2018 | $ 25,000.00 |
| 08/09/2018 | $ 10,845.72 |
| 08/15/2018 | $ 25,000.00 |
| 10/18/2018 | $ 97.08 |
| 09/12/2018 | $ 4,765.28 |
| 05/29/2018 | $ 1,000.00 |
| 07/17/2018 | $ 600.00 |
| 09/19/2018 | $ 1,000.00 |
| 09/26/2018 | $ 1,000.00 |
| 09/04/2018 | $ 350.39 |
| 02/20/2018 | $ 21,280.00 |
| 02/21/2018 | $ 5,600.00 |
| 08/14/2018 | $ 6,305.00 |
| 08/20/2018 | $ 13,750.00 |
| 10/29/2018 | $ 16,200.00 |
| 01/03/2018 | $ 4,029.23 |
| 01/22/2018 | $ 10,390.25 |
| 02/22/2018 | $ 21,960.44 |
| 04/06/2018 | $ 22,569.45 |
| 05/02/2018 | $ 11,781.53 |
| 06/15/2018 | $ 22,303.21 |
| 08/14/2018 | $ 42,515.73 |
| 01/19/2018 | $ 6,572.00 |
| 02/01/2018 | $ 3,231.00 |
| 03/13/2018 | $ 6,910.00 |
| 01/19/2018 | $ 7,685.00 |
| 02/01/2018 | $ 16,500.00 |
| 03/13/2018 | $ 11,275.00 |
| 02/13/2018 | $ 248.10 |
| 08/17/2018 | $ 59.54 |
| 09/13/2018 | $ 117.91 |
| 02/20/2018 | $ 1,160.00 |
| 03/14/2018 | $ 245.00 |
| 06/13/2018 | $ 49,000.00 |
| 06/15/2018 | $ 8,332.69 |
| 09/28/2018 | $ 50,000.00 |
| 08/14/2018 | $ 6,600.00 |
| 08/24/2018 | $ 150.00 |

| Date | Amount |
|---|---:|
| 08/24/2018 | $ 100.00 |
| 08/24/2018 | $ 4,400.00 |
| 08/28/2018 | $ 1,150.00 |
| 09/01/2018 | $ 313.02 |
| 07/30/2018 | $ 39.00 |
| 01/01/2018 | $ 1,524,157.83 |
| 10/26/2018 | $ 400,530.99 |
| 10/26/2018 | $ 204,521.30 |
| 09/30/2018 | $ 5,672,495.99 |
| 09/30/2018 | $ 1,360.00 |
| 09/30/2018 | $ 430,442.00 |
| 12/31/2018 | $ 109,945.20 |
| 08/24/2018 | $ 24,416.95 |
| 04/30/2018 | $ 293,692.00 |
| 12/31/2018 | $ 15,027.45 |
| 06/30/2018 | $ 99,459.43 |
| **TOTAL** | **$ 13,805,894.66** |