# EXHIBIT B

| Date | Amount |
|---|---:|
| 01/11/2019 | $ 691.34 |
| 01/11/2019 | $ 3,380.04 |
| 01/31/2019 | $ 12,249.73 |
| 02/05/2019 | $ 315.18 |
| 02/19/2019 | $ 27,967.56 |
| 02/19/2019 | $ 27,005.04 |
| 02/28/2019 | $ 15,027.45 |
| 03/03/2019 | $ 15,027.45 |
| 03/25/2019 | $ 2,241.88 |
| 03/28/2019 | $ 27,005.04 |
| 03/28/2019 | $ 27,967.56 |
| 03/31/2019 | $ 320,000.00 |
| 04/03/2019 | $ 15,027.45 |
| 04/15/2019 | $ 7,054,706.00 |
| 04/17/2019 | $ 3,033.74 |
| 04/30/2019 | $ 27,005.04 |
| 04/30/2019 | $ 27,967.56 |
| 05/03/2019 | $ 3,918.00 |
| 05/03/2016 | $ 15,027.45 |
| 05/31/2019 | $ 54,972.60 |
| 05/28/2019 | $ 1,000.00 |
| 06/01/2019 | $ 27,005.04 |
| 06/01/2019 | $ 27,967.56 |
| 06/03/2019 | $ 15,027.45 |
| 06/13/2019 | $ 27,967.56 |
| 06/13/2019 | $ 27,005.04 |
| 06/13/2019 | $ 3,034.29 |
| 06/30/2019 | $ 450,000.00 |
| 07/14/2072 | $ 10,968.30 |
| 07/09/2092 | $ 15,027.45 |
| 08/01/2019 | $ 27,005.04 |
| 08/01/2019 | $ 27,967.56 |
| 08/01/2019 | $ 15,027.45 |
| 08/30/2019 | $ 27,967.56 |
| 08/30/2019 | $ 27,005.04 |
| 08/05/2019 | $ 150.00 |
| 08/13/2019 | $ 240.00 |
| 08/14/2019 | $ 2,415.96 |
| 09/03/2019 | $ 15,027.45 |
| 09/30/2019 | $ 27,967.56 |
| 09/30/2019 | $ 27,005.04 |
| 09/18/2019 | $ 1,688.23 |
| 10/03/2019 | $ 15,027.45 |
| 11/01/2019 | $ 27,005.04 |
| 11/01/2019 | $ 27,967.56 |
| 11/29/2019 | $ 27,967.56 |
| 11/29/2019 | $ 27,005.04 |
| 11/01/2019 | $ 15,027.45 |
| 11/06/2019 | $ 2,000.00 |
| 12/02/2019 | $ 15,027.45 |
| 12/03/2019 | $ 33,435.86 |
| 12/11/2019 | $ 27,005.04 |
| 12/11/2019 | $ 27,967.56 |
| **TOTAL** | **$ 8,730,441.70** |