# EXHIBIT C

| Date | Amount |
|---|---:|
| 1/14/2020 | $ 15,027.45 |
| 1/15/2020 | $ 1,647,000.00 |
| 1/22/2020 | $ 27,005.04 |
| 1/22/2020 | $ 27,967.56 |
| 2/3/2020 | $ 15,027.45 |
| 2/16/2020 | $ 27,005.04 |
| 2/26/2020 | $ 27,967.56 |
| 3/3/2020 | $ 15,027.45 |
| 3/16/2020 | $ 25.00 |
| 3/16/2020 | $ 5,000.00 |
| 3/16/2020 | $ 8,000.00 |
| 3/16/2020 | $ 19,000.00 |
| 3/31/2020 | $ 577,865.86 |
| 4/6/2020 | $ 69,000.00 |
| 4/6/2020 | $ 10,000.00 |
| 4/6/2020 | $ 10,000.00 |
| 4/6/2020 | $ 24,000.00 |
| 5/1/2020 | $ 13,000.00 |
| 5/28/2020 | $ 5,646,503.00 |
| 12/31/2020 | $ 839,222.00 |
| **TOTAL** | **$ 9,023,643.41** |