# EXHIBIT D

| Date | Amount |
|---|---|
| 3/18/2019 | $ 12,695.32 |
| 3/20/2019 | $ 9,883.22 |
| 4/1/2019 | $ 8,450.50 |
| 4/2/2019 | $ 12,779.15 |
| 4/8/2019 | $ 2,607.89 |
| 4/12/2019 | $ 5,578.13 |
| 4/16/2019 | $ 12,695.32 |
| 4/22/2019 | $ 9,883.22 |
| 4/23/2019 | $ 13,675.80 |
| 5/1/2019 | $ 8,450.50 |
| 5/2/2019 | $ 12,779.15 |
| 5/7/2019 | $ 2,572.17 |
| 5/15/2019 | $ 8,591.55 |
| 5/16/2019 | $ 12,695.32 |
| 5/21/2019 | $ 9,883.22 |
| 5/23/2019 | $ 13,675.80 |
| 6/3/2019 | $ 8,450.50 |
| 6/4/2019 | $ 12,779.15 |
| 6/6/2019 | $ 2,657.90 |
| 6/12/2019 | $ 8,591.55 |
| 6/17/2019 | $ 12,695.32 |
| 6/19/2019 | $ 5,441.38 |
| 6/20/2019 | $ 9,883.22 |
| 6/26/2019 | $ 13,675.80 |
| 7/1/2019 | $ 8,450.50 |
| 7/2/2019 | $ 8,124.25 |
| 7/2/2019 | $ 12,779.15 |
| 7/8/2019 | $ 2,572.17 |
| 7/12/2019 | $ 8,591.55 |
| 7/16/2019 | $ 12,695.32 |
| 7/22/2019 | $ 9,883.22 |
| 7/23/2019 | $ 13,675.80 |
| 8/1/2019 | $ 8,450.50 |
| 8/2/2019 | $ 12,779.15 |
| 8/2/2019 | $ 8,124.25 |
| 8/6/2019 | $ 2,657.90 |
| 8/13/2019 | $ 8,591.55 |
| 8/15/2019 | $ 2,575.00 |

| Date | Amount |
|---|---|
| 8/16/2019 | $ 12,695.32 |
| 8/20/2019 | $ 9,883.22 |
| 8/22/2019 | $ 13,675.80 |
| 9/3/2019 | $ 8,450.50 |
| 9/4/2019 | $ 8,124.25 |
| 9/4/2019 | $ 12,779.15 |
| 9/6/2019 | $ 2,657.90 |
| 9/9/2019 | $ 20,235.72 |
| 9/12/2019 | $ 8,591.55 |
| 9/17/2019 | $ 12,695.32 |
| 9/20/2019 | $ 9,883.22 |
| 9/24/2019 | $ 13,675.80 |
| 10/1/2019 | $ 8,450.50 |
| 10/2/2019 | $ 8,124.25 |
| 10/2/2019 | $ 12,779.15 |
| 10/8/2019 | $ 3,311.08 |
| 10/15/2019 | $ 8,591.55 |
| 10/16/2019 | $ 12,695.32 |
| 10/22/2019 | $ 9,883.22 |
| 10/23/2019 | $ 13,675.80 |
| 11/1/2019 | $ 8,450.50 |
| 11/4/2019 | $ 12,779.15 |
| 11/4/2019 | $ 8,124.25 |
| 11/6/2019 | $ 3,415.14 |
| 11/7/2019 | $ 611.42 |
| 11/13/2019 | $ 8,591.55 |
| 11/18/2019 | $ 12,695.32 |
| 11/20/2019 | $ 9,883.22 |
| 11/25/2019 | $ 13,675.00 |
| 12/2/2019 | $ 8,204.30 |
| 12/3/2019 | $ 12,779.15 |
| 12/3/2019 | $ 8,245.35 |
| 12/5/2019 | $ 4,127.78 |
| 12/6/2019 | $ 3,298.64 |
| 12/12/2019 | $ 8,591.55 |
| 12/19/2019 | $ 12,598.27 |
| 12/20/2019 | $ 9,864.93 |
| 12/26/2019 | $ 13,675.80 |

| Date | Amount |
|---|---|
| 1/2/2020 | $ 38,205.34 |
| 1/3/2020 | $ 90,191.00 |
| 1/7/2020 | $ 3,427.22 |
| 1/16/2020 | $ 12,712.23 |
| 1/17/2020 | $ 24,295.75 |
| 1/17/2020 | $ 3,243.80 |
| 1/22/2020 | $ 13,725.80 |
| 1/22/2020 | $ 9,901.70 |
| 2/3/2020 | $ 3,678.04 |
| 2/3/2020 | $ 8,611.83 |
| 2/4/2020 | $ 83,763.68 |
| 2/4/2020 | $ 12,829.15 |
| 2/4/2020 | $ 8,174.34 |
| 2/4/2020 | $ 4,735.80 |
| 2/6/2020 | $ 3,420.61 |
| 2/12/2020 | $ 10,494.85 |
| 2/19/2020 | $ 12,712.23 |
| 2/20/2020 | $ 9,901.70 |
| 2/25/2020 | $ 13,725.80 |
| 3/2/2020 | $ 8,826.23 |
| 3/2/2020 | $ 3,100.48 |
| 3/3/2020 | $ 17,370.53 |
| 3/6/2020 | $ 3,195.23 |
| 3/6/2020 | $ 0.10 |
| 3/12/2020 | $ 10,494.85 |
| 3/17/2020 | $ 12,850.93 |
| 3/20/2020 | $ 10,047.41 |
| 4/1/2020 | $ 12,179.63 |
| 4/2/2020 | $ 24,849.30 |
| 4/6/2020 | $ 3,407.74 |
| 4/13/2020 | $ 10,494.85 |
| 4/16/2020 | $ 12,736.11 |
| 4/20/2020 | $ 9,931.82 |
| 4/23/2020 | $ 13,519.24 |
| 5/1/2020 | $ 24,199.78 |
| 5/15/2020 | $ 2,146.71 |
| 6/1/2020 | $ 130,360.08 |
| 7/1/2020 | $ 41,708.13 |

| Date | Amount |
|---|---|
| 7/1/2020 | $ 64,452.17 |
| 7/1/2020 | $ 7,666.03 |
| 7/1/2020 | $ 4,354.12 |
| 7/1/2020 | $ 3,435.51 |
| 7/1/2020 | $ 12,044.12 |
| 7/1/2020 | $ 1,589.25 |
| 7/6/2020 | $ 256.30 |
| 8/3/2020 | $ 65,286.89 |
| 8/3/2020 | $ 41,442.30 |
| 8/3/2020 | $ 8,910.33 |
| 8/3/2020 | $ 7,498.08 |
| 8/3/2020 | $ 4,636.59 |
| 8/3/2020 | $ 3,635.58 |
| 9/1/2020 | $ 7,498.08 |
| 9/1/2020 | $ 6,358.67 |
| 9/1/2020 | $ 3,635.58 |
| 9/1/2020 | $ 8,910.33 |
| 9/1/2020 | $ 1,095.50 |
| 9/1/2020 | $ 59,478.51 |
| 9/1/2020 | $ 41,442.30 |
| 10/1/2020 | $ 15,800.00 |
| 10/1/2020 | $ 29,300.00 |
| 10/1/2020 | $ 3,635.58 |
| 10/1/2020 | $ 11,297.40 |
| 10/1/2020 | $ 6,358.67 |
| 10/1/2020 | $ 54,765.63 |
| 10/1/2020 | $ 8,910.33 |
| 10/26/2020 | $ 3,635.58 |
| 11/2/2020 | $ 54,765.63 |
| 11/2/2020 | $ 15,800.00 |
| 11/2/2020 | $ 29,300.00 |
| 11/2/2020 | $ 6,358.67 |
| 11/2/2020 | $ 11,297.40 |
| 11/2/2020 | $ 4,287.50 |
| 11/2/2020 | $ 4,287.50 |
| 11/2/2020 | $ 4,287.50 |
| 11/2/2020 | $ 3,800.00 |
| 11/2/2020 | $ 4,587.50 |

| Date | Amount |
|---|---|
| 11/2/2020 | $ 3,800.00 |
| 11/2/2020 | $ 8,545.68 |
| 12/1/2020 | $ 172,744.72 |
| 12/15/2020 | $ 226.99 |
| 12/18/2020 | $ 17,144.96 |
| 1/4/2021 | $ 152,045.97 |
| 1/15/2021 | $ 632.98 |
| 2/1/2021 | $ 9,087.46 |
| 2/1/2021 | $ 12,139.51 |
| 2/1/2021 | $ 4,761.38 |
| 2/1/2021 | $ 4,113.93 |
| 2/1/2021 | $ 4,761.38 |
| 2/1/2021 | $ 3,756.14 |
| 2/1/2021 | $ 7,089.30 |
| 2/1/2021 | $ 20,248.10 |
| 2/1/2021 | $ 4,588.36 |
| 2/1/2021 | $ 4,620.81 |
| 2/1/2021 | $ 4,569.73 |
| 2/1/2021 | $ 8,373.51 |
| 2/1/2021 | $ 16,253.64 |
| 2/11/2021 | $ 38,804.19 |
| 2/12/2021 | $ 44,389.72 |
| 3/1/2021 | $ 9,087.46 |
| 3/1/2021 | $ 12,139.51 |
| 3/1/2021 | $ 118,549.43 |
| 3/31/2021 | $ 16,253.64 |
| 4/1/2021 | $ 9,087.46 |
| 4/1/2021 | $ 12,139.51 |
| 4/1/2021 | $ 4,738.17 |
| 4/1/2021 | $ 6,039.59 |
| 4/1/2021 | $ 9,843.97 |
| 4/1/2021 | $ 11,785.11 |
| 4/1/2021 | $ 7,128.77 |
| 4/1/2021 | $ 4,781.66 |
| 4/1/2021 | $ 4,556.06 |
| 4/1/2021 | $ 4,060.73 |
| 4/1/2021 | $ 4,707.30 |
| 4/1/2021 | $ 8,471.57 |

| Date | Amount |
|---|---|
| 4/30/2021 | $ 16,253.64 |
| 5/3/2021 | $ 9,087.46 |
| 5/3/2021 | $ 2,955.70 |
| 5/3/2021 | $ 3,180.85 |
| 5/3/2021 | $ 2,893.69 |
| 5/3/2021 | $ 3,109.27 |
| 5/3/2021 | $ 10,047.92 |
| 5/3/2021 | $ 17,075.01 |
| 5/3/2021 | $ 11,004.37 |
| 5/3/2021 | $ 9,903.28 |
| 5/3/2021 | $ 15,448.76 |
| 5/3/2021 | $ 18,843.14 |
| 5/3/2021 | $ 6,252.31 |
| 5/3/2021 | $ 21,048.18 |
| 5/3/2021 | $ 9,122.13 |
| 5/3/2021 | $ 9,843.97 |
| 5/3/2021 | $ 11,785.11 |
| 5/3/2021 | $ 7,128.77 |
| 5/3/2021 | $ 4,781.66 |
| 5/3/2021 | $ 4,738.17 |
| 5/3/2021 | $ 4,556.06 |
| 5/3/2021 | $ 4,060.73 |
| 5/3/2021 | $ 4,707.30 |
| 5/3/2021 | $ 8,471.57 |
| 6/1/2021 | $ 9,087.46 |
| 6/1/2021 | $ 12,139.51 |
| 6/1/2021 | $ 178,818.44 |
| 7/1/2021 | $ 9,087.46 |
| 7/1/2021 | $ 12,139.51 |
| 7/1/2021 | $ 31,495.93 |
| 7/9/2021 | $ 21,629.08 |
| 8/2/2021 | $ 9,087.46 |
| 8/2/2021 | $ 16,140.74 |
| 8/2/2021 | $ 31,495.93 |
| 9/1/2021 | $ 9,087.46 |
| 9/1/2021 | $ 19,162.26 |
| 9/1/2021 | $ 31,986.79 |
| 9/7/2021 | $ 75.00 |

| Date | Amount |
|---|---|
| 10/1/2021 | $ 9,087.46 |
| 10/1/2021 | $ 19,162.26 |
| 10/1/2021 | $ 13,588.48 |
| 10/8/2021 | $ 9,690.90 |
| 11/1/2021 | $ 12,139.51 |
| 11/1/2021 | $ 23,279.38 |
| 12/1/2021 | $ 1,700.00 |
| 12/1/2021 | $ 9,087.46 |
| 12/1/2021 | $ 10,101.01 |
| 12/1/2021 | $ 12,339.51 |
| 12/1/2021 | $ 9,690.90 |
| 12/1/2021 | $ 13,680.15 |
| 1/3/2022 | $ 9,421.92 |
| 1/3/2022 | $ 12,596.83 |
| 12/1/2022 | $ 8,700.98 |
| 1/3/2023 | $ 8,700.98 |
| 2/1/2023 | $ 8,879.98 |
| **TOTAL** | **$ 3,652,410.67** |