IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET NORTHRUP, as Chapter 7 Trustee for the Estate of Mountain Express Company, et al.,<br><br>*Plaintiff*,<br><br>v.<br><br>BARRY BIERENBAUM, GAIL BIERENBAUM, TAYLOR MERCANTILE, LLC, MONGO HOLDINGS, LLC, MONGO HOLDINGS BG INVESTMENTS, LLC, and 504N VENTURES, LLC,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00943-SEG |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL

Pursuant to LR 26.3(A), NDGa., Plaintiff, Janet Northrup, as duly appointed Chapter 7 Trustee (the "Trustee") of the substantively consolidated bankruptcy estates of Mountain Express Oil Company and its affiliated debtors, the undersigned hereby certifies that the following discovery has been served upon all persons identified in the Certificate of Service attached hereto and incorporated herein by reference:

1. *The Trustee's Second Requests for Production of Documents to Defendants*.

This 25th day of August, 2025.

1

/s/ *Steven J. Rosenwasser*
Steven J. Rosenwasser
Georgia Bar No. 614908
John D. Elrod
Georgia Bar No. 244604
William E. Eye
Georgia Bar No. 688914

**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553 2100
Fax: (678) 553 2212
Steven.rosenwasser@gtlaw.com
ElrodJ@gtlaw.com
Eyew@gtlaw.com

*Counsel for the Plaintiff Janet Northrup, as Chapter 7 Trustee*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the **CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record by electronic mail as follows:

Ronan P. Doherty<br>
John H. Rains IV<br>
Juliana Mesa<br>
Mollie Fiero<br>
Tiana Mykkeltvedt<br>
Bondurant, Mixson & Elmore, LLP<br>
3900 One Atlantic Center<br>
1201 West Peachtree Street, NW<br>
Atlanta, Georgia 30309

This 25th day of August, 2025.

/s/ *Steven J. Rosenwasser*
Steven J. Rosenwasser
GA Bar No. 614908