**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| JANET NORTHRUP, as Chapter 7 Trustee for the Estate of Mountain Express Oil Company and affiliated debtors,<br><br>      Plaintiff,<br><br>v.<br><br>BARRY BIERENBAUM, GAIL BIERENBAUM, TAYLOR MERCANTILE, LLC, MONGO HOLDINGS, LLC, MONGO HOLDINGS BG INVESTMENTS, LLC, and 504N VENTURES, LLC,<br><br>      Defendants. | CIVIL ACTION FILE NO. 1:25-cv-00943-SEG<br><br>JURY TRIAL DEMANDED |

## ORDER EXTENDING DEADLINES ON TRUSTEE'S MOTION TO DEFER RULING

The parties have filed a Joint Motion to Extend Deadlines on the Trustee's Motion to Defer Ruling, Doc. 100. Defendants request an extension of their deadline to respond through December 23, 2025. The Trustee requests an extension of her time to reply in support of her motion through January 23, 2026. The parties consent to these extensions.

Having considered the Motion, and for good cause shown, the Joint Motion is GRANTED. Defendants shall have through December 23, 2025, to

respond to the Trustee's Motion to Defer Ruling.  The Trustee shall have through January 23, 2026, to reply in support of her Motion to Defer Ruling.

SO ORDERED this 9th day of December, 2025.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE

2