# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:25-cv-00943-SEG**
**Northrup v. Bierenbaum et al**
**Honorable Sarah E. Geraghty**

Minute Sheet for proceedings held In Open Court on 03/03/2026.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 1:16 P.M.          COURT REPORTER: Melissa Brock
TIME IN COURT: 1:46                      DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

ATTORNEYS
PRESENT:
John Elrod representing Janet S. Northrup
Rushton Pope representing Janet S. Northrup
Steven Rosenwasser representing Janet S. Northrup
Sydney Fairchild Williamson representing Janet S. Northrup
Ronan Doherty representing 504N Ventures, LLC
Ronan Doherty representing Mongo Holdings BG Investments, LLC
Ronan Doherty representing Mongo Holdings, LLC
Ronan Doherty representing Taylor Mercantile, LLC
Ronan Doherty representing Barry Bierenbaum
Ronan Doherty representing Gail Bierenbaum
Juliana Mesa representing 504N Ventures, LLC
Juliana Mesa representing Mongo Holdings BG Investments, LLC
Juliana Mesa representing Mongo Holdings, LLC
Juliana Mesa representing Taylor Mercantile, LLC
Juliana Mesa representing Barry Bierenbaum
Juliana Mesa representing Gail Bierenbaum
Tiana Scogin Mykkeltvedt representing 504N Ventures, LLC
Tiana Scogin Mykkeltvedt  representing Mongo Holdings BG Investments, LLC
Tiana Scogin Mykkeltvedt  representing Mongo Holdings, LLC
Tiana Scogin Mykkeltvedt  representing Taylor Mercantile, LLC
Tiana Scogin Mykkeltvedt representing Barry Bierenbaum
Tiana Scogin Mykkeltvedt representing Gail Bierenbaum
Matthew Sellers representing 504N Ventures, LLC
Matthew Sellers representing Mongo Holdings BG Investments, LLC
Matthew Sellers representing Mongo Holdings, LLC
Matthew Sellers representing Taylor Mercantile, LLC

Matthew Sellers representing Barry Bierenbaum
Matthew Sellers representing Gail Bierenbaum

PROCEEDING CATEGORY: Discovery Conference via Zoom (Non-evidentiary)

MINUTE TEXT: After hearing from the parties concerning a discovery dispute, the Court took the issues under advisement and directed the parties to confer by March 14 as to whether they can reach a resolution. If the parties are unable to do so, Defendants may file a motion to compel.

HEARING STATUS: Hearing Concluded